UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      v.                                          02-cr-291

JUAN URIAS MEDINA,

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **DECISION and ORDER**

      This matter has been remanded by the Second Circuit Court of Appeals for re-sentencing. Defendant was originally sentenced to a term of imprisonment of 135 months. The matter was remanded for re-sentencing pursuant to <u>United States v. Crosby</u>, 397 F3d 103 (2d Cir. 2005).

      The Court has considered the parties' briefs upon re-sentencing and the original papers submitted to the Court in connection with sentencing. Having considered the factors in 18 U.S.C. § 3553, the Sentencing Guidelines, the policy statement found at U.S.S.G. § 5K2.19, and finding no reason to depart from the Guidelines range or the policy statement at § 5K2.19, the Court finds that a sentence of 135 months imprisonment was, and remains, appropriate.

IT IS SO ORDERED.

Dated: December 29, 2005

                                                  Thomas J. McAvoy
                                                  Senior, U.S. District Judge